

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00265-CV

John **DONOHUE**,
Appellant

v.

Martha **DONOHUE**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI19573
Honorable David A. Canales, Judge Presiding

# O R D E R

    This court has issued a show cause order requiring appellant to establish this court's jurisdiction. Pursuant to that order, all deadlines have been stayed pending further order of this court. Accordingly, we **DENY AS MOOT** the reporter's request for an extension of time to file the record.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court